# United States Court of Appeals for the Fifth Circuit

———————

No. 24-10957
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

April 30, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Garlin Jacquez Wright,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-350-1

———————————————————

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Garlin Jacquez Wright pleaded guilty of possessing a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1), and was sentenced to 54 months of imprisonment followed by three years of supervised release. Wright's term of supervised release was ultimately revoked, and the district court imposed a revocation sentence of 18 months of imprisonment. On

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10957

appeal, Wright raises constitutional challenges to the revocation of her supervised release and the imposition of a revocation sentence. The Government has filed an unopposed motion for summary affirmance, or alternatively, for an extension of time to file a brief.

Wright argues that the district court plainly erred and violated both the Sixth Amendment and Article III, Section 2 of the United States Constitution by revoking her supervised release for the commission of a new crime based on a preponderance of the evidence and without a jury trial. The parties correctly conclude that this argument is foreclosed. *See United States v. Hinson*, 429 F.3d 114, 118–19 (5th Cir. 2005).

Because summary affirmance is appropriate here, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.